IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Magistrate's No. 06-263M |
| | ) |
| ERASELY LINDSEY | ) |

ORDER

AND NOW, to wit, this 7th day of July, 2006, ~~it appearing to the Court that an Arrest Warrant for the above-captioned individual has been executed,~~ and upon the representation of the United States Attorney's Office that there is no further necessity that the Complaint, Arrest Warrant and Affidavit remain ~~sealed,~~

IT IS HEREBY ORDERED that the ~~Complaint, Arrest~~ Warrant ~~and Affidavit filed at the above number and sealed on June 23, 2006, be unsealed as of June 29, 2006.~~ MOTION IS DENIED AS MOOT. ORAL ORDER DATED 6/29/06 UNSEALED THIS CASE.

_____
UNITED STATES MAGISTRATE JUDGE